1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROBIN TUBESING
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4083

5

6  Attorneys for the United States of America

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                  Case No.: 2:21-mc-00095-KJM-DB

12         Plaintiff,                          WRIT OF CONTINUING GARNISHMENT
                                               (ANNUITY, INVESTMENT/RETIREMENT
13         v.                                  ACCOUNTS)

14  RONALD STEVEN SCHOENFELD,                  Criminal Case No.: 2:20-cr-00150-KJM
    INDIVIDUALLY AND AS TRUSTEE FOR
15  THE RONALD & JEANETTE SCHOENFELD
    REVOCABLE TRUST,
16

17
           Defendant and Judgment Debtor.
18

19  ATHENE ANNUITY AND LIFE COMPANY,
    (and its Successors and Assignees)
20

21         Garnishee.

22         To the Garnishee:    Athene Annuity and Life Company
                                CSC-Lawyers Incorporating Service
23                              2710 Gateway Oaks Drive, Suite 150N
                                Sacramento, CA  95833
24

25         The United States has filed an application for a Writ of Continuing Garnishment (Annuity,

26  Investment/Retirement Accounts) against any property and account(s) that defendant Ronald Steven

27  Schoenfeld, social security number ***-**-7467, has an interest in property located at Athene Annuity

28  and Life Company. **This includes community property in the name of his spouse, Jeanette Steffany**

                                                       1
    WRIT OF CONTINUING GARNISHMENT

1  **Edler (aka Jeanette Schoenfeld), and property in the name of the Ronald & Jeanette Schoenfeld**

2  **Revocable Trust, and any other accounts in which Schoenfeld has an interest.**  On January 25, 2021,

3  the United States District Court sentenced Schoenfeld in criminal case number 2:20-cr-00150-KJM and

4  on February 10, 2021 ordered him to pay a $100.00 statutory assessment and $1,476,295.15 in restitution

5  to his victims (Judgment Amount).

6  Schoenfeld has not paid any of the Judgment Amount and as of March 30, 2021, he still owes

7  $1,476,395.15 despite the United States' demand for payment made more than thirty (30) days prior the

8  date of this garnishment application.  The United States also seeks to recover the statutorily authorized

9  ten percent (10%) litigation surcharge of the unpaid Judgment Amount ($147,629.51) pursuant to 28

10  U.S.C. § 3011(a).  The total amount sought by this garnishment action is thus $1,624,024.66,

11  representing $1,476,395.15 Judgment Amount balance and $147,629.51 litigation surcharge.  No interest

12  accrues on this debt.

13  Pursuant to the Writ of garnishment (Annuity, Investment/Retirement Accounts), you are required

14  to withhold any and all property and account(s) in which Schoenfeld, his spouse Jeanette Steffany Edler,

15  or the married couple have an interest, including, but not limited to any and all IRAs, life insurance,

16  annuities, stocks, brokerage, individual, joint, and/or commercial/business savings and checking accounts

17  in which Schoenfeld has signatory rights (including any remaining overdraft protection balances and lines

18  of credit), certificates of deposit, safety deposit accounts, lock boxes, money market accounts, pledged

19  securities, notes and all other property as defined by 28 U.S.C. § 3002(12).  This includes all property held

20  in the name of the Ronald & Jeanette Schoenfeld Revocable Trust.  You must retain the property and

21  accounts described above (the Funds) upon the date you receive this Writ until the Court issues an order

22  directing the Funds' disposition.  28 U.S.C. §§ 3002(12), and 3205(c)(2)(F).

23  You are further required by law to complete under oath the accompanying Acknowledgment of

24  Service and Answer of Garnishee (the Answer).  You must file the **original** Answer within **ten** (10) days

25  of receipt of this Writ of Continuing Garnishment with the Clerk's Office for the United States District

26  Court, Eastern District of California.  The Answer has specific detailed instructions on how to file the

27  Answer with the Court and how to serve copies to all interested parties.

28  **IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY AND**

WRIT OF CONTINUING GARNISHMENT                                    2

1  ACCOUNTS (THE FUNDS) IN ACCORDANCE WITH THIS WRIT, THE COURT MAY
HOLD YOU LIABILE FOR THE AMOUNT OF THE JUDGMENT DEBTOR'S NON-
2  EXEMPT PROPERTY THAT YOU FAILED TO WITHHOLD.  ADDITIONALLY, YOU
MAY BE HELD LIABLE FOR REASONABLE ATTORNEY'S FEES TO THE UNITED
3  STATES FOR NON-COMPLIANCE.  IT IS UNLAWFUL TO PAY OR DELIVER TO
RONALD SCHOENFELD, ANY FUNDS DESCRIBED IN THIS WRIT.

4

5  If you have any questions, especially regarding service of the documents, you may contact,

Michelle Lecroy,  Paralegal Specialist, Financial Litigation Program, United States Attorney's Office,

6
at (916) 554-2933, or write to:   United States Attorney's Office, Attention: Financial Litigation

7
Program, 501 "I" Street, Suite 10-100, Sacramento, California 95814.

8
*It is unlawful to pay, disburse, or deliver to the defendant Ronald Steven Schoenfeld, any Funds*

9
*subject to this Writ until further order of this Court.*

10

11
Dated:  *3/31/2021*

12                                                                          KEITH HOLLAND
                                                                          Clerk, United States District Court

13                                                                          **A. BENSON**
                                                          By:
14                                                                          Deputy Clerk

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WRIT OF CONTINUING GARNISHMENT                                     3

1  PHILLP A. TALBERT
   Acting United States Attorney
2  ROBIN TUBESING
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4083

5

6  Attorneys for the United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No.: 2:21-mc-00095-KJM-DB |
| 12             Plaintiff, | CLERK'S NOTICE OF INSTRUCTIONS TO JUDGMENT DEBTOR AND SPOUSE RE: WRIT |
| 13                    v. | OF GARNISHMENT (ANNUITY, INVESTMENT/RETIREMENT ACCOUNTS) |
| 14  RONALD STEVEN SCHOENFELD, INDIVIDUALLY AND AS TRUSTEE FOR | Criminal Case No.: 2:20-cr-00150-KJM |
| 15  THE RONALD & JEANETTE SCHOENFELD REVOCABLE TRUST, | |
| 16             Defendant and Judgment Debtor. | |
| 17  ATHENE ANNUITY AND LIFE COMPANY, | |
| 18  (and its Successors and Assignees) | |
| 19             Garnishee. | |

20

21  TO:     Defendant and Judgment Debtor Ronald Steven Schoenfeld
             Spouse of Defendant Jeanette Steffany Edler
22
             Pursuant to the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205 (c)(3)(B), the
23
      United States of America serves you the following instructions along with a copy of the Writ of
24
      Garnishment (Annuity, Investment/Retirement Accounts).
25
             The United States District Court entered a criminal judgment against Ronald Steven Schoenfeld
26
      on February 10, 2021, in case number 2:20-cr-00150-KJM.  The judgment ordered Schoenfeld to pay a
27
      $100.00 statutory assessment and $1,476,295.15 in restitution.  According to the records of the United
28

CLERK'S NOTICE OF INSTRUCTION TO DEBTOR                          1

1    States Attorney's Office, as of March 30, 2021, Schoenfeld owes owe $1,624,024.66, which includes a

2    surcharge of ten percent (10%) of the amount of the debt authorized by 28 U.S.C. § 3011(a).

3        YOU ARE HEREBY NOTIFIED that the Writ was issued based upon this judgment entered against

4    Schoenfeld on February 10, 2021, and that the Writ of Garnishment (Annuity, Investment/Retirement

5    Accounts) was served upon the Garnishee, Athene Annuity and Life Company.  It is believed that the

6    Garnishee may have property of yours in its custody, possession or control.

7        YOU ARE FURTHER NOTIFIED that there are exemptions under the law which may protect some

8    of the property from being taken by the United States Government **if** you can demonstrate that certain

9    exemptions apply.

10       If you are Ronald Steven Schoenfeld or Jeanette Steffany Edler, you have a right to request the

11   court to return your property, **if** you can prove by competent evidence that you do not owe the money, or

12   if you can demonstrate the property the United States is garnishing qualifies under one or more of the

13   applicable exemptions.

14       The following forms are included with these instructions:

15       1)  Claim for Exemption form – summarizes your allowable exemptions.

16       2)  Request for Hearing form – can be used to calendar a hearing before a Magistrate Judge.

17       In order to request a hearing, you must notify the Court within twenty (20) days after you receive

18   the Acknowledgment of Service and Answer of Garnishee (Annuity, Investment/Retirement Accounts).  In

19   order to expedite a hearing, you must be specific in your request.  You must also attach a completed Claim

20   for Exemption Form to your Request for Hearing and either mail or deliver your request in person to:

                              United States District Court
                              Eastern District of California
                              Clerk of the Court
                              501 I Street, Room 4-200
                              Sacramento, CA 95814

You must also send a copy of your request to the following:

                              United States Attorney's Office
                              ROBIN TUBESING
                              Assistant United States Attorney
                              2500 Tulare Street, Suite 4401
                              Fresno, CA 93721

CLERK'S NOTICE OF INSTRUCTION TO DEBTOR             2

1  If you are entitled to a hearing, the Court shall hold a hearing within ten (10) business days after

2  the request is received by the Court, or as soon thereafter is practicable, and the Court will provide notice

3  of the hearing date to all of the parties. PLEASE NOTE:  IF YOU WANT A HEARING TO TAKE PLACE

4  QUICKLY, YOU MUST EXPRESSLY MAKE THIS REQUEST.

5  At the hearing, you will have an opportunity to explain to the Court why you believe you do not

6  owe the debt or that the property the United States seeks to garnish is exempt.  If you do not request a

7  hearing within twenty (20) days of receiving the Answer of Garnishee, the Court may enter an order

8  garnishing the property or funds.  The garnished property or funds may be applied against the judgment

9  owed to the United States.

10  If you live outside the federal judicial district in which this Court is located, you may request, not

11  later than twenty (20) days after you receive this notice, that the proceedings and that the property, funds

12  or account(s) be transferred by the Court to the federal judicial district in which you reside.  You must

13  make your request in writing, and either mail it or deliver it in person to:

14  
United States District Court
15  Clerk of the Court
501 I Street, Room 4-200
16  Sacramento, CA 95814

17  You must also send a copy of your request to the following:

18  
United States Attorney's Office
ROBIN TUBESING
19  Assistant United States Attorney
2500 Tulare Street, Suite 4401
20  Fresno, CA  93721

21  

22  Be sure to keep a copy of this notice for your records.  If you have any questions about your rights

23  or about this procedure, you should contact a lawyer, or an office of public legal assistance. The Clerk of

24  the Court is not permitted to provide legal advice.

25  Dated:  __3/31/2021__                         KEITH HOLLAND
Clerk, United States District Court
26  

27  **A. BENSON**

28  _____
Deputy Clerk

CLERK'S NOTICE OF INSTRUCTION TO DEBTOR                3