1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            No. 2:21-mc-0095 KJM DB

12              Plaintiff,               **ORDER TERMINATING
                                         WRIT OF GARNISHMENT**
13       v.

14  RONALD STEVEN SCHOENFELD,
15  INDIVIDUALLY AND AS TRUSTEE FOR
    THE RONALD & JEANETTE SCHOENFELD
16  REVOCABLE TRUST,

17              Debtor.

18  _____

19  ATHENE ANNUITY AND LIFE COMPANY,

20              Garnishee.

21

22  _____

23       The Court, having carefully reviewed the entire file, and the United States' Request for an Order

24  Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the

25  Request.  Accordingly, it is ORDERED THAT:

26       1.      Pursuant to 28 U.S.C. § 3205(c)(10)(C), the Writ of Garnishment is hereby

27  TERMINATED; and

28  ///

1  2.  The Clerk of the United States District Court shall CLOSE this miscellaneous case.

2  IT IS SO ORDERED.

3 DATED: September 11, 2023  /s/ DEBORAH BARNES

4           UNITED STATES MAGISTRATE JUDGE